AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TIMOTHY L. COLEMAN,**

    **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

    **CASE NO. 3:03-CV-299**

**MARGARET BRADSHAW,**    **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**WARDEN,**    **MAGISTRATE JUDGE MICHAEL R. MERZ**

    **Respondent.**

____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed March 30, 2015, JUDGMENT is hereby entered DISMISSING this case with prejudice.**

Date:  March 30, 2015           RICHARD W. NAGEL, CLERK

                                  */S/ Andy F. Quisumbing*
                                  (By) Andy F. Quisumbing
                                  Courtroom Deputy Clerk